D. E. HARRIS v. THE STATE.

No. 21521. Delivered May 14, 1941.

The opinion states the case.

*Joe S. Moss,* of Post, and *T. L. Price,* of Post (on appeal), for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Driving an automobile upon a public highway while intoxicated is the offense; the punishment, one year in the State penitentiary.

This case presents the same question this day decided in Cause No. 21420, Enloe v. State. (Page 602 of this volume.)

For the reasons there assigned, the judgment of the trial court is reversed and the prosecution ordered dismissed.